FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PRAVEEN KEVIN KHURANA,<br><br>              Appellant,<br><br>     v.<br><br>CITY OF LEWISTON, et al.,<br><br>              Appellees. | NO. 2:25-CV-0374-TOR<br><br>ORDER OF DISMISSAL |

On March 3, 2026, the Court issued an Order to Show Cause as to why Appellant's case should not be dismissed for failure to file the appropriate documents. ECF No. 18. The Court warned that Appellant must show cause for this failure on or before April 1, 2026, or the case will be dismissed. ECF No. 18. On March 16, 2026, Appellant filed a response with lists of documents and corresponding docket numbers from his bankruptcy case. ECF Nos. 19-20. However, the required documents have not been properly filed or transmitted. The Clerk of the Court has not certified that the record is complete or that Appellant has paid the necessary appellate fee. ECF Nos 3, 13.

ORDER OF DISMISSAL ~ 1

Within 14 days after filing a notice of appeal, the appellant must file and serve the designation of items to be included in the record on appeal and a statement of the issues. FED. R. BANKR. P. 8009(a)(1). Additionally, Appellant must pay the filing fee pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(3). FED. R. BANKR. P. 8003(a)(3). The Court may dismiss for failure to prosecute due to the untimely filing of required documents. *See Kun v. State Bar of California*, 837 F. App'x 530, 531 (9th Cir. 2021) (*citing Pagtalunan v. Galaza*, 291 F.3d 639, 641 (9th Cir. 2002)). As a result, the Court dismisses Appellant's bankruptcy appeal for failure to file the required documents and pay the filing fee.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. All claims and causes of action in this matter are **DISMISSED** without prejudice.

2. All pending motions are **DENIED as moot.**

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to Appellant and counsel, and **CLOSE** the file.

DATED April 10, 2026.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2