AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| PRAVEEN KEVIN KHURANA<br>*Appellant*<br>v.<br><br>CITY OF LEWISTON, et al.<br>*Creditor(s)* | )<br>)<br>)   Civil Action No.  2:25-CV-0374-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .
_____

☑  other:   The Court dismisses Appellant's bankruptcy appeal for failure to file the required documents and pay the filing fee. All claims and causes of action in this matter are DISMISSED without prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    THOMAS O. RICE

Date:  4/10/2026

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*